UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LISA PERROTTA, ET AL.,,

                              Plaintiffs,

              -against-

LG ELECTRONICS USA, INC., LG ELECTRONICS, INC., ET AL.,

                            Defendants.

2:12 CV 246 – JLL–MAH

**CONSENT ORDER**
**EXTENDING TIME TO**
**ANSWER OR MOVE**

        IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties herein that the time for defendant LG Electronics, Inc. ("LG USA"), to move, answer or otherwise respond to the Summons and Complaint is hereby extended from May 7, 2012 to and including June 6, 2012. Defendant LG USA acknowledged service and waived any challenge to service of the Summons and Complaint by stipulation filed on February 16, 2012. This is the third extension of LG USA's time to answer or otherwise move with respect to the Summons and Complaint. This Stipulation may be executed in counterparts and a facsimile or pdf copy shall have the same force and effect as an original and may be filed with the Court without further notice to either party; and

        IT IS FURTHER STIPULATED AND AGREED, that Chadbourne & Parke LLP, be substituted for Rottenberg Lipman Rich, P.C., as attorneys for defendants herein.

CPAM: 4680452.1

Dated: May 7, 2012

CHADBOURNE & PARKE LLP

By:

Thomas J. Hall
Attorneys for Defendant LG
ELECTRONICS USA, INC.
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100
thall@chadbourne.com

LOCKS LAW FIRM, LLC

By:

Andrew P. Bell
Michael A. Galpern
Attorneys for Plaintiffs
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
(856) 663-8200
abell@lockslaw.com

SO ORDERED

Michael A. Hammer, U.S.M.J

Date: 5/9/12

2

Dated:   May 7, 2012

CHADBOURNE & PARKE LLP

By: _____
Thomas J. Hall
Attorneys for Defendant LG
ELECTRONICS USA, INC.
30 Rockefeller Plaza
New York, NY  10112
(212) 408-5100
thall@chadbourne.com

LOCKS LAW FIRM, LLC

By: _____
Andrew P. Bell
Michael A. Galpern
Attorneys for Plaintiffs
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey  08002
(856) 663-8200
abell@lockslaw.com

SO ORDERED

_____
Michael A. Hammer, U.S.M.J

Date:

2