UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| LISA PERROTTA, ET AL.,,, <br><br> Plaintiffs, <br><br> -against- <br><br> LG ELECTRONICS USA, INC., LG ELECTRONICS, INC., ET AL., <br><br> Defendants. | 2:12 CV 246 – JLL–MAH <br><br> CONSENT ORDER *To Amend Complaint &* <br> **EXTENDING TIME TO** <br> **ANSWER OR MOVE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties herein that Plaintiffs Lisa Perrotta and Michael Perrotta may file an Amended Complaint up to and including July 20, 2012, and that the time for defendant LG Electronics, Inc. ("LG USA"), to move, answer or otherwise respond to the Amended Complaint is hereby agreed to be up to and including August 31, 2012. This Stipulation may be executed in counterparts and a facsimile or pdf copy shall have the same force and effect as an original and may be filed with the Court without further notice to either party.

Dated:   July 5, 2012

CHADBOURNE & PARKE LLP

By: _____
Thomas J. Hall
Attorneys for Defendant LG
   ELECTRONICS USA, INC.
30 Rockefeller Plaza
New York, NY  10112
(212) 408-5100
thall@chadbourne.com

LOCKS LAW FIRM, LLC

By: _____
Andrew P. Bell
Michael A. Galpern
Attorneys for Plaintiffs
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey  08002
(856) 663-8200
abell@lockslaw.com

SO ORDERED

_____
Michael A. Hammer, U.S.M.J

Date: 7/10/12

2