# LOCKS LAW FIRM, LLC

457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
T 856.663.8200
T 866.LOCKSLAW
F 856.661.8400
www.lockslaw.com

Gene Locks
James J. Pettit††
Michael A. Galpern††
Karl Friedrichs

Steven P. Knowlton
Michael B. Leh
Jonathan W. Miller
Jerry A. Lindheim
Andrew P. Bell
David D. Langfitt
Andrew J. Dupont

Jennifer L. Emmons
Franklin P. Solomon
Pamela A. Lee
Stephanie R. Milstein
Priscilla E. Jimenez

*Of Counsel:*

Lee S. Goldsmith, M.D., LLB†*
Goldsmith Ctorides & Rodriguez, LLP†*
www.goldsmithlegal.com

Charles N. Riley, Esq.
criley@rileyandsandilos.com

††CERTIFIED BY THE SUPREME COURT
OF NJ AS A CIVIL TRIAL ATTORNEY

DIRECT DIAL:

**VIA ECF**

September 14, 2012

The Honorable Jose L. Linares, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building and U.S. Courthouse
50 Walnut Street, Room MLK5D
Newark, NJ 07102

  RE: Perrotta, *et. al.* v. LG Electronics, Inc., *et. al.*
     Case No.: 2:12-CV-0246 (JLL)(MAH)

Dear Judge Linares:

  We represent, together with co-counsel, Plaintiff in the above-captioned civil action. We are writing to invoke the provisions of Local Rule 7.1(d)(5) to extend the time to file our opposition papers to Defendants' Motion to Dismiss [Doc. 21]. Presently, Defendants' Motion is returnable on October 1, 2012 and the date for Plaintiffs to file opposition papers to the Motion is September 17, 2012. The new Motion date will be October 15, 2012, which would make Plaintiffs' opposition papers due on October 1, 2012 and Defendants' reply papers, if any, due on October 9, 2012.

  Thank you for your courtesies and attention to this matter.

SO ORDERED:
DATED: 9/17/12

Respectfully Submitted,
LOCKS LAW FIRM LLC

Andrew P. Bell, Esquire

APB/mlc
Cc: Michael A. Galpern, Esquire

PHILADELPHIA, PA NEW YORK, NY CHERRY HILL, NJ MEDIA, PA ENGLEWOOD CLIFFS, NJ