**CHADBOURNE & PARKE LLP**

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

Thomas J. Hall
direct tel (212) 408-5487
thall@chadbourne.com

October 11, 2012

BY ELECTRONIC FILING AND U.S. MAIL

The Hon. Michael A. Hammer
United States Magistrate Judge
United States District Court for the District
 of New Jersey
Martin Luther King, Jr. Federal Building
 and U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

Re: Lisa Perrotta and Michael Perrotta v. LG Electronics, USA, Inc. et al., United States District Court for the District of New Jersey, 12-cv-246–JLL–MAH

Dear Judge Hammer:

We represent LG Electronics, USA, Inc. ("LG") in the above-referenced litigation. We write to the Court on behalf of all of the parties regarding the Court's September 5, 2012 Order setting an initial scheduling conference for November 13, 2012.

LG has filed a motion to dismiss the amended complaint in this action, which, if successful, will dismiss all of the claims set forth in plaintiffs' amended complaint. Briefing on the motion to dismiss is expected to be completed at the end of November, 2012.

In light of LG's pending motion to dismiss, the parties respectfully request that the initial scheduling conference currently scheduled for November 13, 2012 be postponed until after the Court has issued a decision on LG's motion to dismiss.

The parties have conferred and respectfully submit the following proposed discovery schedule:

| Rule 26(f) Conference | Within 30 days of the decision on the LG's motion to dismiss, if the amended complaint is allowed to proceed. |
| --- | --- |
| Discovery Plan | Within 14 days of the parties' Rule 26(f) Conference. |



**CHADBOURNE & PARKE** LLP

| United States Magistrate Judge | -2- | October 11, 2012 |

| | |
|---|---|
| Initial Disclosures | Within 14 days of the parties' Rule 26(f) Conference. |
| Rule 16 Conference | At least 45 days after the ruling on LG's motion to dismiss, in accordance with the dates proposed above. |

Thank you for your attention to the parties' request.

Respectfully submitted,

*Thomas J. Hall*

Thomas J. Hall

cc: Andrew P. Bell, Esq. - counsel for Plaintiffs
    (by electronic filing)
    Phoebe A. Wilkinson

