UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| LISA PERROTTA, ET AL., | : | |
| Plaintiffs, | : | Civil Action No. 12-0246 (JLL) |
| v. | : | |
| LG ELECTRONICS, USA, INC., ET AL., | : | ORDER ON INFORMAL APPLICATION |
| Defendants. | : | |

This matter having come before the Court by way of the parties' letter, dated October 11, 2012, requesting that the Court postpone the initial scheduling conference, scheduled currently for November 13, 2012, until the Court has issued a decision on defendants' pending motion to dismiss [ECF No. 21], see Parties' Letter, Oct. 11, 2012, ECF No. 30;

and defendants having moved the Court to dismiss plaintiffs' amended Complaint, see Defs.' Mot. To Dismiss, Aug. 31, 2012, ECF No. 21;

and the Court having set an initial scheduling conference before the Undersigned on November 13, 2012, at 11:00 a.m., see Letter Order, Sept. 5, 2012, ECF No. 22;

and the Court having authority pursuant to Federal Rule of Procedure 16 to schedule efficiently pretrial proceedings and manage the issues before it, see Fed. R. Civ. P. 16(a); L. Civ. R. 6.1; see also Newton v. A.C. & S., Inc., 918 F.2d 1121, 1126 (3d Cir. 1990) (providing that the purpose of Rule 16 is "to provide for judicial control over a case at an early stage . . . making the trial process more efficient, [and] less costly . . . .");

and the Court finding that postponing the November 13, 2012, initial scheduling

conference until after the Court has issued a decision on defendants' motion to dismiss [ECF No. 21] is the most efficient manner to proceed in this action;

and for good cause shown;

IT IS ON THIS 15th day of October, 2012

ORDERED as follows:

1. The November 13, 2012, initial scheduling conference is adjourned until after the Court has issued a decision on defendants' motion to dismiss [ECF No. 21].

2. If plaintiffs' amended Complaint is allowed to proceed:

   a. within thirty (30) days of the decision on defendants' motion to dismiss, the parties shall conduct a Rule 26(f) conference;

   b. within fourteen (14) days of the parties' Rule 26(f) conference, and no later than seventy-two (72) hours prior to the initial scheduling conference, the parties shall submit jointly to the Court, via CM/ECF filing, a proposed Discovery Plan, which shall comply with the form and requirements established in the Court's September 5, 2012, Letter Order [ECF No. 22];

   c. within fourteen (14) days of their Rule 26(f) conference, the parties shall provide initial disclosures; and

   d. in accordance with the discovery schedule above, the Court shall schedule a Rule 16 initial scheduling conference, which shall be conducted at least forty-five (45) days after the ruling on defendants' motion to dismiss.

s/ Michael A. Hammer<br>
**UNITED STATES MAGISTRATE JUDGE**