**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA PERROTTA, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS USA, INC., LG ELECTRONICS, INC. et al.,<br><br>　　　　Defendant. | Civil Action No.: 12-246 (JLL)<br><br>**ORDER** |

Defense counsel filed a letter informing the Court that the declaration of Timothy McGrady submitted in conjunction with the pending motion to dismiss contains a document annexed thereto with an incorrect data entry regarding the repair of the refrigerator at issue in this case and that the data entry error is under review by Defendant. (CM/ECF No. 29). The letter also represents that the parties agreed that by October 19, 2012, Defendant may file an amended affidavit or declaration to correctly report on the relevant repair issue. Accordingly,

**IT IS** on this 17th day of October, 2012,

**ORDERED** that the pending motion to dismiss shall be administratively terminated. Defendant may re-file said motion with the amended documents in support thereof on or before October 19, 2012.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　Jose L. Linares
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge