# CERTIFICATION OF SERVICE

I, Andrew P. Bell, certify that a copy of Plaintiffs' Motion seeking Leave to File a Second Amended Class Action Complaint, Memorandum of Law in Opposition to Defendant's Motion to Dismiss Plaintiffs' Amended Class Action Complaint and in Support of Plaintiffs' Motion for Leave to File a Second Amended Complaint and Certification of Andrew P. Bell was served by Electronic Case Filing (ECF) on November 29, 2012 on:

Thomas J. Hall, Esq.
Phoebe A. Wilkinson, Esq.
Mary T. Yelenick, Esq.
Robert Kirby, Esq.
Erin M. Shinneman, Esq.
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
(212) 408-5100

Attorneys for Defendant

s/Andrew P. Bell_____
Andrew P. Bell